**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG (Nevada Bar No. 12332)
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel:  (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff*
*American General Life Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | CASE NO.: 2:20-cv-00867-JCM-VCF |
| Plaintiff, | [          **ORDER ON MOTION TO DEPOSIT FUNDS** |
| v. | |
| MICHAEL BLAKE, NANCY BLAKE, and WANDA HENSLEY, | |
| Defendants. | |

This is an action to determine the proper beneficiary of the death benefit payable under American General Life Insurance Company Policy No. MM0462568 issued on the life of Patricia Blake (the "Policy"). Plaintiff American General Life Insurance Company ("American General") filed an Interpleader Complaint against the three Competing Claimants, Defendants Michael Blake, Nancy Blake, and Wanda Hensley.

American General has filed a Motion to Deposit Funds with the Clerk of the United States District Court, District of Nevada. The sum to be deposited with this Court is **$500,000, plus accrued interest**. This sum represents the policy benefit payable under American General Life Insurance Company Policy No. MM0462568 following the death of Patricia Blake.

…

…

WHEREFORE, good cause appearing, the Court hereby **ORDERS** as follows:

1.      American General is authorized to deposit the sum of **$500,000, plus accrued interest**, with the Clerk of the United States District Court, District of Nevada.

2.      The Clerk of the Court shall deposit the sum of **$500,000, plus accrued interest**, into an interest bearing account until such time as the Court makes its order directing disbursement and distribution of these funds.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED this 18th day of June, 2020.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

*/s/ Gabriel A. Blumberg*
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG (Nevada Bar No. 12332)
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
(702) 550-4400

*Attorneys for Plaintiff*
*American General Life Insurance Company*