| | |
|---|---|
| 1 | CHRISTINA M. MCCLERNON, ESQ. |
| | Illinois Bar No. 6317729 |
| 2 | (*admitted pro hac vice*) |
| | **O'HAGAN MEYER, LLC** |
| 3 | 1 East Wacker Drive, Suite 3400 |
| | Chicago, Illinois 60601 |
| 4 | Telephone: 312.422.6100 |
| | Facsimile: 312.422.6110 |
| 5 | Email: cmcclernon@ohaganmeyer.com |

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:   jrm@mgalaw.com
          sgc@mgalaw.com

*Attorneys for Defendant Wanda Hensley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No.: 2:20-cv-00867-JCM-VCF |
| Plaintiff, | **DEFENDANT WANDA HENSLEY'S MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| MICHAEL BLAKE, NANCY BLAKE and WANDA HENSLEY, | |
| Defendants. | |

Defendant Wanda Hensley, by and through her attorneys of record, the law firms MAIER GUTIERREZ & ASSOCIATES and O'HAGAN MEYER, LLC, hereby file this motion for extension of time to file proposed discovery plan and scheduling order.

On June 18, 2020, the Honorable Magistrate Judge Cam Ferenbach ordered the parties to file a proposed Discovery Plan and Scheduling Order by July 9, 2020.

On July 6, 2020, counsel for defendants Michael Blake and Nancy Blake advised that he no

1

longer represents defendants Michael Blake and Nancy Blake in this matter, leaving defendants Michael Blake and Nancy Blake without counsel.

On July 8, 2020, lead counsel for defendant Wanda Hensley, Christina McClernon, Esq., inquired of pro per defendants Michael Blake and Nancy Blake regarding whether they would need additional time to file a proposed discovery plan. Defendants Michael Blake and Nancy Blake responded in the affirmative, and requested an extension until August 20, 2020, to afford them sufficient time to obtain new counsel.

Accordingly, it is requested that the deadline to file a proposed discovery plan and scheduling order be extended to August 20, 2020.

DATED this 10th day of July 2020.

Respectfully submitted,

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Jason R. Maier*
_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

CHRISTINA M. MCCLERNON, ESQ.
Illinois Bar No. 6317729
(*admitted pro hac vice*)
**O'HAGAN MEYER, LLC**
1 East Wacker Drive, Suite 3400
Chicago, Illinois 60601

*Attorneys for Defendant Wanda Hensley*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 7-15-2020
_____

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 10th day of July 2020, the foregoing **DEFENDANT WANDA HENSLEY'S MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** was served via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                      */s/ Brandon Lopipero*
                                      An employee of MAIER GUTIERREZ & ASSOCIATES