**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | 2:20-cv-00867-JCM-VCF |
| vs. | **ORDER** |
| MICHAEL BLAKE, NANCY BLAKE, and WANDA HENSLEY, | |
| Defendant. | |

Before the court is *American General Life Insurance Company v. Michael Blake*, *et al.*, case number 2:20-cv-867-JCM-VCF.

On September 2, 2020, the court held a telephonic hearing on the Motion to Remove Attorney (ECF No. 27) and the proposed discovery plan and scheduling order (ECF No. 30). Defendants Michael Blake and Nancy Blake failed to appear.

Pursuant to Local Rule IA 11-8, "[t]he Court may, after notice and opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who, without just cause: (a) Fails to appear when required for pretrial conference, argument on motion, or trial; (b) Fails to prepare for a presentation to the Court; (c) Fails to comply with these Rules; or, (d) Fails to comply with any order of this Court."

Here, Defendants Michael Blake and Nancy Blake failed to comply with the Court's Orders (ECF NOS. 29 & 33).

Accordingly,

IT IS HEREBY ORDERED that a show cause hearing is scheduled for 1:00 PM, October 14, 2020, in Courtroom 3D.

IT IS FURTHER ORDERED that Defendants Michael Blake and Nancy Blake must make an appearance for the show cause hearing, scheduled for 1:00 PM, October 14, 2020, in Courtroom 3D.

All out-of-state counsel may appear by telephone.  The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

IT IS FURTHER ORDERED that on or before October 1, 2020, Defendants Michael Blake and Nancy Blake  must file with the court a response showing cause as to why he/she should not be sanctioned for failing to comply with the Court's Orders (ECF Nos. 29 & 33).  Should Defendants Michael Blake and Nancy Blake fail to file a response as ordered and/or fail to appear at the October 14, 2020 hearing, the undersigned Magistrate Judge may impose sanctions against Defendants Michael Blake and Nancy Blake.

The clerk's office is directed to e-mail a copy of this order to the Michael Blake and Nancy Blake at x99flyer@aol.com and mail a copy of this order to Defendants Michael Blake and Nancy Blake at the address below.

Michael Blake
Nancy Blake
252 N. Milan St.
Henderson, NV 89015

DATED this 2nd day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE