Katherine A. Jones, Esq.
Illinois Bar No. 6276571
*(Admitted Pro Hac Vice)*
**O'HAGAN MEYER, LLC**
1 East Wacker, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110
E-mail: kjones@ohaganmeyer.com

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
sgc@mgalaw.com

*Attorneys for Defendant Wanda Hensley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE; NANCY BLAKE; and WANDA HENSLEY,<br><br>Defendants. | Case No.: 2:20-cv-00867-JCM-VCF<br><br>**DEFENDANT WANDA HENSLEY'S MOTION TO TERMINATE CHRISTINA MCLERNON, ESQ. AS COUNSEL OF RECORD IN THIS CASE** |

Pursuant to LR IA 11-6(b), defendant Wanda Hensley moves the Court for an order terminating Christina McLernon, Esq., as counsel of record in this case.

Ms. Hensley retained the law firm O'Hagan Meyer, LLC, to represent her in this case. Ms. McLernon was originally handling this case, but she is no longer associated with the law firm O'Hagan Meyer, LLC. Therefore, Ms. McLernon can no longer represent Ms. Hensley in this case.

/ / /

1

1   Katherine A. Jones, Esq., of the law firm O'Hagan Meyer, LLC, has taken over as lead counsel
2   in this case for Ms. Hensley. Ms. Jones' pro hac vice application was approved by the Court on
3   September 14, 2020. Therefore, the termination of Ms. McLernon as counsel of record in this case
4   will not interfere or delay this case in any way, nor will it leave Ms. Hensley without counsel.
5   Accordingly, Ms. Hensley respectfully requests that Ms. McLernon be terminated as counsel
6   of record in this case as well as removed from the CM/ECF service list for this case.
7   DATED this 18th day of October 2020.

**MAIER GUTIERREZ & ASSOCIATES**

  /s/ Jason R. Maier
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 10549
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

Katherine A. Jones, Esq.
Illinois Bar No. 6276571
*(Admitted Pro Hac Vice)*
**O'HAGAN MEYER, LLC**
1 East Wacker, Suite 3400
Chicago, Illinois 60601

*Attorneys for Defendant Wanda Hensley*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

10-19-2020
Dated:_____

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 18th day of October, 2020, the foregoing **DEFENDANT WANDA HENSLEY'S MOTION TO TERMINATE CHRISTINA MCLERNON, ESQ. AS COUNSEL OF RECORD IN THIS CASE** was served via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                          */s/ Brandon Lopipero*
                          An employee of MAIER GUTIERREZ & ASSOCIATES