**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL BLAKE; NANCY BLAKE; and WANDA HENSLEY,<br><br>        Defendant. | 2:20-cv-00867-JCM-VCF<br><br>**REPORT AND RECOMMENDATION FOR ENTRY OF JUDGMENT REGARDING NANCY BLAKE** |

On May 12, 2020, Plaintiff American General Life Insurance Company filed an interpleader action against Michael Blake, Nancy Blake and Wanda Hensley.  (ECF No. 1).  On June 26, 2020, plaintiff deposited $505,179.00 into the Registry Account of this court as an interpleader deposit.  (ECF No. 19).  On July 8, 2020, pursuant to the stipulation of the parties, Plaintiff was discharged from any further liability to the defendants on account of or in any way related to the life insurance policy whose proceeds were deposited into court, and $5,000 of the deposited proceeds were released to the plaintiff for its attorneys' fees.  (ECF No. 23).

On October 14, 2020, the court held a hearing on ECF No. 39, Motion to Remove Nancy Blake as a Defendant.  Nancy Blake appeared via telephone and confirmed to the court that she did not wish to participate any further in this action.  On November 2, 2020, a Disclaimer of Interest signed by Nancy Blake was filed on the docket.  (ECF No. 51 and 53).  Ms. Blake has disclaimed any interest in the interpleader funds deposited in this case and asked to be dismissed from the case with prejudice.

Wanda Hensley has asserted an interest in the interpleader funds adverse to Michael and Nancy Blake.  Nancy Blake has disclaimed any interest in those funds and asks that she be relieved from any further participation in the case.  Nancy Blake's request should be granted.  The only active parties remaining in the case will be Wanda Hensley and Michael Blake.

Accordingly, IT IS HEREBY RECOMMENDED that JUDGMENT be entered against Nancy Blake to the effect that she has no interest in the interpleader funds deposited with the Clerk of Court. All other parties to this case are discharged from any and all liability to Nancy Blake regarding the interpleader funds. Any potential amounts which might have been owed to Nancy Blake arising from this case are discharged in full with prejudice.

DATED this 3rd day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE