UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>MICHAEL BLAKE, et al.,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:20-CV-867 JCM (VCF)<br><br>ORDER |

Presently before the court is Magistrate Judge Cam Ferenbach's report and recommendation ("R&R"). (ECF No. 54).

This is an interpleader action by American General Life Insurance Company against Michael Blake, Nancy Blake, and Wanda Hensley. (ECF No. 1). On October 14, 2020, Judge Ferenbach held a hearing on Nancy Blake's motion to dismiss her from this case. Blake later filed a disclaimer of interest, disclaiming any interest in the deposited interpleader funds and requesting to be dismissed from this case with prejudice. (ECF Nos. 51, 53). Judge Ferenbach now recommends that this court grant Nancy Blake's request. (ECF No. 54).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's R&R, then the court is required to "make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1).

**James C. Mahan**
**U.S. District Judge**

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R if there are no objections. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing an R&R to which no objections were made).

Nevertheless, this court conducted a de novo review to determine whether to adopt Judge Ferenbach's R&R. Upon reviewing the recommendation and attendant circumstances, this court finds good cause to adopt the R&R in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Ferenbach's R&R (ECF No. 54) be, and the same hereby is, ADOPTED.

IT IS FURTHER ORDERED that Nancy Blake is DISMISSED with prejudice from this case.

DATED December 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**