UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                              Plaintiff(s),<br><br>        v.<br><br>MICHAEL BLAKE, et al.,<br><br>                              Defendant(s). | Case No. 2:20-CV-867 JCM (VCF)<br><br>ORDER |

Presently before the court is pro se litigant Michael Blake's motion to extend the deadline to respond to Wanda Hensley's motion for summary judgment. (ECF No. 58).

This is an interpleader action by American General Life Insurance Company against Michael Blake and Wanda Hensley. (ECF No. 1). Hensley filed a motion for summary judgment on January 15, 2021, triggering a response deadline of February 5, 2021. (ECF No. 56). On the same day, the court issued a minute order notifying Blake of his rights and requirements for opposing summary judgment pursuant to *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998).

Blake now moves for an extension of the response deadline. (ECF No. 58). He notes that he does not have a "filer" account in CM-ECF and does not receive electronic notifications. (*Id.*). He first learned of the response deadline by checking PACER on January 25, 2021. (*Id.*).

With good cause appearing, Blake's motion to extend the response deadline is GRANTED. He shall have until February 8, 2021, to file a response to Hensley's summary

**James C. Mahan**
**U.S. District Judge**

judgment motion.  Hensley shall then have 14 days to file a reply.  The court also directs Blake to review local rules 56-1 and 7-3(a) when preparing his response.

Going forward, all parties shall serve pleadings, motions, and other papers on Blake via the email address he has on file.  LR IC 4-1 ("Parties and attorneys who are not filers must be served conventionally under applicable Federal Rules, statutes, or court orders.").

IT IS SO ORDERED.

DATED January 27, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -