UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No. 2:20-CV-867 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| MICHAEL BLAKE, et al., | |
| Defendant(s). | |

This court granted Hensley's motion for summary judgment, ruling that she is entitled to the interpled funds deposited into the court's registry by American General Life Insurance Company. (ECF No. 65). The court then ordered the clerk to disburse the funds to the attorneys for Hensley. (ECF No. 68). These two orders did not address the interest accrued on the deposited funds. Pursuant to the court's authority under Rule 60(a) to correct clerical mistakes in previous orders, the clerk shall disburse the full amount of the interpled funds deposited in the court's registry plus interest.

IS IT SO ORDERED.

DATED May 26, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**